

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-14-00864-CV

Jeremil **RODRIGUEZ**,
Appellant

v.

**JP MORGAN CHASE BANK,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0255-CV
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

The clerk's record was originally due on January 5, 2015. On January 7, 2015, the trial court clerk filed a Notification of Late Record, stating that the clerk's record is complete, but has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record.

It is therefore ORDERED that appellant provide written proof to this court <u>no later than January 19, 2015</u> that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to file such written proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court